```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 07827
    JAMES G HENDERSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-7790


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/01/2008 and was confirmed 07/08/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.03%.

      The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED         .00           .00
ARROW FINANCIAL SERV       UNSECURED         264.44          .00           .00
CORPORATE RECEIVABLES      NOTICE ONLY     NOT FILED         .00           .00
ARROW FINANCIAL SERV       UNSECURED        2961.23          .00           .00
ARROW FINANCIAL SERVICES   NOTICE ONLY     NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1589.02          .00           .00
CBE GROUP                  NOTICE ONLY     NOT FILED         .00           .00
CHASE                      UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED        5989.19          .00           .00
CHASE AUTO FINANCE         NOTICE ONLY     NOT FILED         .00           .00
CITIBANK                   UNSECURED       NOT FILED         .00           .00
ASSOCIATED RECOVERY SYST   NOTICE ONLY     NOT FILED         .00           .00
CITIBANK                   UNSECURED       NOT FILED         .00           .00
ASSOCIATED RECOVERY SYST   NOTICE ONLY     NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO BUREAU P   NOTICE ONLY     NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED         642.28          .00           .00
COOK COUNTY TREASURER      UNSECURED       NOT FILED         .00           .00
DISH NETWORK               UNSECURED       NOT FILED         .00           .00
FIRST PREMIER BANK         UNSECURED         456.39          .00           .00
GMAC MORTAGE               UNSECURED       NOT FILED         .00           .00
CITIBANK                   UNSECURED        1023.49          .00           .00
HOME DEPOT                 NOTICE ONLY     NOT FILED         .00           .00
HOUSEHOLD BANK             UNSECURED       NOT FILED         .00           .00
CORPORATE RECEIVABLES      NOTICE ONLY     NOT FILED         .00           .00
HSBC BANK                  UNSECURED       NOT FILED         .00           .00
CORPORATE RECEIVABLES      NOTICE ONLY     NOT FILED         .00           .00
ILLINOIS INSURANCE C       UNSECURED       NOT FILED         .00           .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED       NOT FILED         .00           .00
MEMORIAL PARK DISTRICT     UNSECURED       NOT FILED         .00           .00
NICOR GAS                  UNSECURED       NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         526.06          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 07827 JAMES G HENDERSON
```

```
ARS                        NOTICE ONLY    NOT FILED              .00          .00
RADIO SHACK                UNSECURED      NOT FILED              .00          .00
NCO FINANCIAL GROUP        NOTICE ONLY    NOT FILED              .00          .00
LVNV FUNDING               UNSECURED       8534.21               .00          .00
CREDITORS FINANCIAL GROU   NOTICE ONLY    NOT FILED              .00          .00
STATE FARM INSURANCE       UNSECURED      NOT FILED              .00          .00
STATE FARM INSURANCE       UNSECURED      NOT FILED              .00          .00
VALUE CITY WORLF FINANCI   UNSECURED      NOT FILED              .00          .00
CORPORATE RECEIVABLES      NOTICE ONLY    NOT FILED              .00          .00
VERIZON WIRELESS           UNSECURED        982.66               .00          .00
DIVERSIFIED CONSULTANTS    NOTICE ONLY    NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED              .00          .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED              .00          .00
JPMORGAN CHASE BANK        SECURED VEHIC   6878.39               .00       154.15
JPMORGAN CHASE BANK        UNSECURED        378.40               .00          .00
TIMOTHY K LIOU             DEBTOR ATTY    3,009.20                            .00
TOM VAUGHN                 TRUSTEE                                          13.40
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  167.55

PRIORITY                                        .00
SECURED                                      154.15
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          13.40
DEBTOR REFUND                                   .00
                      ---------------   ---------------
TOTALS                   167.55               167.55
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 08 B 07827 JAMES G HENDERSON